<u>GOOGLE INC. AND KAI-FU LEE v. MICROSOFT CORPORATION</u>,
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA,
CIVIL ACTION NO. CV 05-03095 (RMW)

DECLARATION OF STEPHEN E. TAYLOR
IN SUPPORT OF MOTION BY PLAINTIFFS
GOOGLE INC. AND KAI-FU LEE FOR SUMMARY JUDGMENT

# **EXHIBIT D**

Microsoft.com Home | Site Map

Search Microsoft.com for: [ ] Go



**About Microsoft**

- About Microsoft Home
- Mission & Values
- Corporate Citizenship ▶
- Company Information ▶
- Executives & Directors ▶
- Innovation ▶
- Trustworthy Computing ▶
- Investor Relations
- Careers
- For Journalists
- Legal Information ▶





# Microsoft Southern California District
## Southern California and Hawaii

Microsoft maintains three locations within the Southern California District, which includes Southern California and Hawaii.

## Offices in the District

Find contact information, addresses, and directions to district offices.

- California: Los Angeles
- California: Orange County–Irvine
- California: San Diego

## Events and Presentations in the District

Learn what Microsoft technologies have to offer, and how to get the most from your investment.

- Search for upcoming events in the district
- Download materials from past presentations

## Community Affairs in the District

Microsoft believes that people can do amazing things if they have the tools and resources.

**Related Links**

- All U.S. Locations
- Licensing Web Site
- Product Information Center

**Software Updates**

- Windows Update
- Office Update
- Download Center

- See how we are supporting our communities
- Learn about the Unlimited Potential program

Manage Your Profile | Contact Us

© 2005 Microsoft Corporation. All rights reserved. Terms of Use | Trademarks | Privacy Statement

Microsoft.com Home | Site Map

Search Microsoft.com for: [ ] Go



## About Microsoft

- About Microsoft Home
- Mission & Values
- Corporate Citizenship ▶
- Company Information ▶
- Executives & Directors ▶
- Innovation ▶
- Trustworthy Computing ▶
- Investor Relations
- Careers
- For Journalists
- Legal Information ▶





Microsoft maintains three locations within the Northern California District, which includes Northern California and Nevada.

### Offices in the District

Find contact information, addresses, and directions to district offices.

- California: Sacramento
- California: San Francisco
- California: Mountain View–Silicon Valley Campus
- California: Mountain View–Microsoft Technology Center

**Related Links**

- All U.S. Locations
- Licensing Web Site
- Product Information Center

**Software Updates**

- Windows Update
- Office Update
- Download Center

### Events and Presentations in the District

Learn what Microsoft technologies have to offer, and how to get the most from your investment.

- Search for upcoming events in the district
- Download materials from past presentations

### Community Affairs in the District

Microsoft believes that people can do amazing things if they have

the tools and resources.

- See how we are supporting our communities
- Learn about the Unlimited Potential program

Manage Your Profile | Contact Us

© 2005 Microsoft Corporation. All rights reserved. Terms of Use | Trademarks | Privacy Statement