<u>GOOGLE INC. AND KAI-FU LEE v. MICROSOFT CORPORATION</u>,
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA,
CIVIL ACTION NO. CV 05-03095 (RMW)


DECLARATION OF ALAN KU
IN SUPPORT OF MOTION BY PLAINTIFFS
GOOGLE INC. AND KAI-FU LEE FOR SUMMARY JUDGMENT


# **EXHIBIT A**

Copyright 2005 San Jose Mercury News
All Rights Reserved
San Jose Mercury News (California)

April 11, 2005 Monday MO1 EDITION

**SECTION:** S; Pg. 9

**LENGTH:** 289 words

**HEADLINE:** WHO GOT ON, OFF THE SV150

**BODY:**

The number of public companies in Silicon Valley fell again in 2004, dropping to 318, 4 percent fewer than the year before and off 23 percent from the 415 companies headquartered here during the peak in 2000. Five of the 17 valley companies that went public in 2004 made it onto the SV150 in their first year, including Google, whose debut at No. 19 was the highest for an IPO since Hewlett-Packard spun off Agilent in 1999. The minimum revenue needed to make it onto the SV150 rose to $110 million, up 16 percent from 2003. In 2000 it took $134.7 million in revenue to make the list.

COMPANIES NEW TO THE SV150

```
2004
COMPANY RANK WHAT HAPPENED IN 2004
Agile Software 147 Sales climb 27 percent
Atheros Communications 116 Initial public offering
Avanex 137 Sales climb 150 percent
Connetics 134 Sales climb 92 percent
Google 19 Initial public offering
Intuitive Surgical 138 Sales climb 51 percent
Leadis Technology 129 Initial public offering
Photon Dynamics 125 Sales climb 114 percent
Sirf Technology 143 Initial public offering
Ultra Clean Holdings 107 Initial public offering
```

COMPANIES OFF THE SV150

```
2003
COMPANY RANK WHAT HAPPENED IN 2004
Centillium 128 Sales fell 43 percent
Chippac 66 Bought by STATS Chippac
E-Trade 31 Relocated headquarters to New York
Epiphany 149 Sales fell 18 percent
InVision Technologies 67 Bought by General Electric
NetScreen Technologies 86 Bought by Juniper Networks
NPTest Holdings 88 Bought by Credence Systems
Ross Stores 15 Relocated headquarters to Pleasanton
Roxio 148 Relocated headquarters to Los Angeles; changes name to Napster
Zilog 143 Sales fell 8 percent
```

MERCURY NEWS

# 200 Largest Public Companies in the Greater Bay Area

| Rank | Prior | Company Address Phone Web site | Most recent fiscal year revenue (in millions)/ For the fiscal year ending | Total assets (in millions)/ Net income (in millions)/ Employees | Market cap (in millions) Stock price (5/26/2005) | Stock symbol Exchange | Auditor Industry | CEO |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | Chevron Corp. 6001 Bollinger Canyon Road, San Ramon 94583 (925) 842-1000 www.chevrontexaco.com | $142,897 12/2004 | $93,208 $13,328 56,000 | $114,500 $53.72 | CVX NYSE | PricewaterhouseCoopers LLP Oil, gas | David O'Reilly |
| 2 | 3 | McKesson Corp. 1 Post St., San Francisco 94104 (415) 983-8300 www.mckesson.com | $80,515 03/2005 | $16,240 -$156.7 25,200 | $12,074 $40.02 | MCK NYSE | Ernst & Young LLP Medical | John Hammergren |
| 3 | 2 | Hewlett-Packard Co. 3000 Hanover St., Palo Alto 94304 (650) 857-1501 www.hp.com | $79,905 10/2004 | $76,138 $3,497 151,000 | $65,932 $23 | HPQ NYSE | Ernst & Young LLP Computer systems | Mark Hurd |
| 4 | 4 | Safeway Inc. 5918 Stoneridge Mall Road, Pleasanton 94588 (925) 467-3000 www.safeway.com | $35,823 12/2004 | $15,377 $560.2 191,000 | $10,008 $22.27 | SWY NYSE | Deloitte & Touche LLP Grocery stores | Steven Burd |
| 5 | 6 | Intel Corp. 2200 Mission College Blvd, Santa Clara 95052 (408) 765-8080 www.intel.com | $34,209 12/2004 | $48,143 $7,516 85,000 | $169,100 $27.37 | INTC Nasdaq | Ernst & Young LLP Semiconductors | Paul Otellini |
| 6 | 5 | Wells Fargo & Co. 420 Montgomery St., San Francisco 94105 (800) 869-3557 www.wellsfargo.com | $33,876 12/2004 | $427,849 $7,014 145,500 | $102,600 $60.94 | WFC NYSE | KPMG LLP Banking | Dick Kovacevich |
| 7 | 7 | Cisco Systems Inc. 170 West Tasman Drive, San Jose 95134 (408) 526-4000 www.cisco.com | $22,045 07/2004 | $35,594 $4,401 34,000 | $127,900 $19.9 | CSCO Nasdaq | PricewaterhouseCoopers LLP Networking | John Chambers |
| 8 | 8 | Gap Inc. 2 Folsom St., San Francisco 94105 (650) 952-4400 www.gapinc.com | $16,267 01/2005 | $10,343 $1,150 152,000 | $18,192 $21.36 | GPS NYSE | Deloitte & Touche LLP Apparel retail | Paul Pressler |
| 9 | 12 | Sanmina-SCI Corp. 2700 N. First St., San Jose 95134 (408) 964-3500 www.sanmina.com | $12,205 09/2004 | $7,547 -$11.4 48,721 | $2,644 $4.81 | SANM Nasdaq | KPMG LLP Electronic components | Jure Sola |
| 10 | 10 | Solectron Corp. 777 Gibraltar Drive, Milpitas 95035 (408) 957-8500 www.solectron.com | $11,638 08/2004 | $5,817 -$168.9 57,000 | $3,393 $3.49 | SLR NYSE | KPMG LLP Electronic components | Michael Cannon |
| 11 | 9 | Sun Microsystems Inc. 4150 Network Circle, Santa Clara 95054 (650) 960-1300 www.sun.com | $11,185 06/2004 | $14,503 -$388 35,000 | $13,181 $3.82 | SUNW Nasdaq | Ernst & Young LLP Computer processing hardware | Scott McNealy |
| 12 | 11 | PG&E Corp. 1 Market St., Ste. 2400, San Francisco 94105 (415) 267-7000 www.pgecorp.com | $11,080 12/2004 | $3,454 $4,504 20,600 | $13,379 $35.91 | PCG NYSE | Deloitte & Touche LLP Electric utilities | Peter Darbee |
| 13 | 13 | Oracle Corp. 500 Oracle Parkway, Redwood City 94065 (650) 506-7000 www.oracle.com | $10,156 05/2005 | $12,763 $2,681 41,658 | $66,067 $12.92 | ORCL Nasdaq | Ernst & Young LLP Software | Lawrence Ellison |
| 14 | 14 | Calpine Corp. 50 West San Fernando St., San Jose 95113 (408) 995-5115 www.calpine.com | $9,230 12/2004 | $27,216 -$242.4 3,505 | $1,453 $2.84 | CPN NYSE | PricewaterhouseCoopers LLP Alternative power generation | Peter Cartwright |
| 15 | 15 | Apple Computer Inc. 1 Infinite Loop, Cupertino 95014 (408) 996-1010 www.apple.com | $8,279 09/2004 | $8,050 $276 13,426 | $33,419 $40.74 | AAPL Nasdaq | KPMG LLP Computers | Steven Jobs |
| 16 | 19 | Applied Materials Inc. 3050 Bowers Ave., Santa Clara 95054 (408) 727-5555 www.appliedmaterials.com | $8,013 10/2004 | $12,093 $1,351 12,960 | $27,769 $16.69 | AMAT Nasdaq | KPMG LLP Electronic production equipment | Michael Splinter |
| 17 | 16 | Agilent Technologies Inc. 395 Page Mill Road, Palo Alto 94306 (650) 752-5000 www.agilent.com | $7,181 10/2004 | $7,056 $349 28,000 | $11,740 $23.76 | A NYSE | PricewaterhouseCoopers LLP Electronic equipment | William Sullivan |
| 18 | 21 | Synnex Corp. 44201 Nobel Drive, Fremont 94538 (510) 656-3333 www.synnex.com | $5,314 11/2004 | $999 $46.6 2,676 | $451.9 $15.74 | SNX NYSE | PricewaterhouseCoopers LLP Information technology services | Robert Huang |
| 19 | 26 | Advanced Micro Devices Inc. One AMD Place, Sunnyvale 94086 (408) 732-2400 www.amd.com | $5,001 12/2004 | $7,844 $91.2 15,900 | $6,402 $16.36 | AMD NYSE | Ernst & Young LLP Semiconductors | Hector de Ruiz |
| 20 | 18 | Longs Drug Stores Corp. 141 N. Civic Drive, Walnut Creek 94596 (925) 937-1170 www.longs.com | $4,608 01/2005 | $1,442 $36.6 22,000 | $1,533 $41.24 | LDG NYSE | Deloitte & Touche LLP Drugstores | Warren Bryant |
| 21 | 22 | Charles Schwab Corp. 101 Montgomery St., San Francisco 94104 (415) 627-7000 www.schwab.com | $4,479 12/2004 | $47,133 $286 14,200 | $14,839 $11.31 | SCH NYSE | Deloitte & Touche LLP Investmet banking | Charles Schwab |
| 22 | 25 | Golden West Financial Corp. 1901 Harrison St., Oakland 94612 (510) 466-3420 www.gdw.com | $4,473 12/2004 | $106,888 $1,279.7 10,400 | $19,323 $62.04 | GDW NYSE | Deloitte & Touche LLP Banking | Herbert Sandler |

This List includes publicly-traded companies headquartered in the following area codes: 415, 925, 510, 707, 650 and 408.
NL = Not listed. Ranking based on most recent fiscal year revenue. Source: Hoovers.

Researched by Lauren Beller

**A big business opportunity needs a bank that sees the big picture.**
With responsive, local decision making and innovative financial solutions, Comerica Bank is always ready to help you take advantage of your business opportunities.

415-477-3274



Comerica Bank. Member FDIC.

# 200 Largest Public Companies in the Greater Bay Area

| Rank | Prior | Company Address Phone Web site | Most recent fiscal year revenue (in millions)/ For the fiscal year ending | Total assets (in millions)/ Net income (in millions)/ Employees | Market cap (in millions) Stock price (5/26/2005) | Stock symbol Exchange | Auditor Industry | CEO |
|---|---|---|---|---|---|---|---|---|
| 23 | 20 | Clorox Co. 1221 Broadway, Oakland 94612 (510) 271-7000 www.clorox.com | $4,324 06/2004 | $3,834 $549 8,600 | $9,016 $58.65 | CLX NYSE | Ernst & Young LLP Cleaning products | Jerry Johnston |
| 24 | 24 | Ross Stores Inc. 4440 Rosewood Drive, Bldg. 4, Pleasanton 94588 (925) 965-4400 www.rossstores.com | $4,240 01/2005 | $1,657 $169.9 30,100 | $4,197 $27.92 | ROST Nasdaq | Deloitte & Touche LLP Apparel retail | Michael Balmuth |
| 25 | 27 | Genentech Inc. 1 DNA Way, South San Francisco 94080 (650) 225-1000 www.gene.com | $3,980 12/2004 | $9,403 $784.8 7,646 | $83,734 $78.75 | DNA NYSE | Ernst & Young LLP Biotechnology | Arthur Levinson |
| 26 | 23 | Maxtor Corp. 500 McCarthy Blvd., Milpitas 95035 (408) 894-5000 www.maxtor.com | $3,796 12/2004 | $2,114 -$181.9 13,656 | $1,375 $5.35 | MXO NYSE | PricewaterhouseCoopers LLP Computer peripherals | Chong Sup Park |
| 27 | 17 | CNF Inc. 3240 Hillview Ave., Palo Alto 94304 (650) 494-2900 www.cnf.com | $3,712 12/2004 | $2,496 -$115.9 20,100 | $2,352 $44.79 | CNF NYSE | KMPG LLP Air freight | Douglas Stotlar |
| 28 | 50 | Yahoo Inc. 701 First Ave., Sunnyvale 94089 (408) 349-3300 www.yahoo.com | $3,575 12/2004 | $9,178 $839.6 7,600 | $52,046 $37.14 | YHOO Nasdaq | PricewaterhouseCoopersLLP Internet software | Terry Semel |
| 29 | 33 | Franklin Resources Inc. One Franklin Parkway, San Mateo 94403 (650) 312-2000 www.frk.com | $3,438 09/2004 | $8,228 $706.7 6,700 | $18,153 $71.53 | BEN NYSE | PricewaterhouseCoopers LLP Investment managers | Gregory Johnson Martin Flanagan |
| 30 | 28 | URS Corp. 600 Montgomery St., 25th floor, San Francisco 94111 (415) 774-2700 www.urscorp.com | $3,382 10/2004 | $2,231 $61.7 27,500 | $1,511 $33.9 | URS NYSE | PricewaterhouseCoopers LLP Engineering, construction | Martin Koffel |
| 31 | 39 | eBay Inc. 2145 Hamilton Ave., Ste. 350, San Jose 95125 (408) 376-7400 www.ebay.com | $3,271 12/2004 | $7,991 $778.2 8,100 | $51,669 $37.83 | EBAY Nasdaq | PricewaterhouseCoopers LLP Internet services | Margaret Whitman |
| 32 | NL | Google* 1600 Ampitheatre Pkwy., Mountain View 94043 (650) 623-4000 www.google.com | $3,189 12/2004 | $2,886 $399.1 3,021 | $75,660 $272.38 | GOOG Nasdaq | Ernst & Young LLP Internet search engine | Eric Schmidt |
| 33 | 32 | Williams-Sonoma Inc. 3250 Van Ness Ave., San Francisco 94109 (415) 421-7900 www.williams-sonomainc.com | $3,137 01/2005 | $1,470 $191.2 36,000 | $4,509 $38.84 | WSM NYSE | Deloitte & Touche LLP Home furnishings | Edward Mueller |
| 34 | 38 | Del Monte Foods Co. 1 Market St., San Francisco 94105 (415) 247-3000 www.delmonte.com | $3,130 04/2005 | $3,459 $164.6 17,200 | $2,186 $10.34 | DLM NYSE | KPMG LLP Food | Richard Wolford |
| 35 | 30 | Knight-Ridder Inc. 50 West San Fernando St., Ste. 1500, San Jose 95113 (408) 938-7700 www.kri.com | $3,014 12/2004 | $4,222 $326.2 18,000 | $4,754 $63.74 | KRI NYSE | Ernst & Young LLP Newspaper publishing | Anthony Ridder |
| 36 | 29 | Electronic Arts Inc. 209 Redwood Shores Parkway, Redwood City 94065 (650) 628-1500 www.ea.com | $2,957 03/2005 | $3,400 $577.3 4,800 | $16,028 $51.76 | ERTS Nasdaq | KPMG LLP Video games | Lawrence Probst |
| 37 | 34 | UnionBanCal Corp. 400 California St., San Francisco 94104 (415) 765-2969 www.uboc.com/ | $2,834 12/2004 | $48,098 $732.5 10,447 | $9,069 $62.48 | UB NYSE | Deloitte & Touche LLP Banking | Norimichi Kanari |
| 38 | 37 | Bell Microproducts Inc. 1941 Ringwood Ave., San Jose 95131 (408) 451-9400 www.bellmicro.com | $2,828 12/2004 | $840 $11.3 1,480 | $239.6 $8.73 | BELM Nasdaq | PricewaterhouseCoopers LLP Electronics distributors | Donald Bell |
| 39 | 41 | UTStarcom Inc. 1275 Harbor Bay Pkwy., Alameda 94502 (510) 864-8800 | $2,704 12/2004 | $3,316 $73.4 8,200 | $825.7 $7.3 | UTSI Nasdaq | PricewaterhouseCoopers LLP Telecommunications equipment | Hong Liang Lu |
| 40 | 40 | Robert Half International Inc. 2884 Sand Hill Road, Ste. 200, Menlo Park 94025 (650) 234-6000 www.roberthalf.com | $2,676 12/2004 | $1,198 $140.6 209,200 | $4,366 $25.5 | RHI NYSE | PricewaterhouseCoopers LLP Personnel services | Harold Messmer |
| 41 | 31 | Providian Financial Corp. 201 Mission St., San Francisco 94105 (415) 543-0404 www.providian.com | $2,600 12/2004 | $14,344 $381.2 3,285 | $5,208 $17.76 | PVN NYSE | Ernst & Young LLP Credit services | Joseph Saunders |
| 42 | 36 | ABM Industries Inc. 160 Pacific Ave., Ste. 222, San Francisco 94111 (415) 733-4000 www.abm.com | $2,416 10/2004 | $842 $30.5 70,000 | $955.8 $19.16 | ABM NYSE | KPMG LLP Commercial services | Henrik Slipsager |
| 43 | 51 | Building Materials Holding Corp. Four Embarcadero Center, Ste. 3250, San Francisco 94111 (415) 627-9100 www.bmhc.com | $2,091 12/2004 | $0 $53.9 12,000 | $866.1 $62.97 | BMHC Nasdaq | KPMG LLP Home improvement | Robert Mellor |
| 44 | 44 | Veritas Software Corp. 350 Ellis St., Mountain View 94043 (650) 527-8000 www.veritas.com | $2,042 12/2004 | $5,888 $411.4 7,587 | $10,601 $24.89 | VRTS Nasdaq | KPMG LLP Software | Gary Bloom |
| 45 | 43 | Nvidia Corp. 2701 San Thomas Expressway, Santa Clara 95050 (408) 486-2000 www.nvidia.com | $2,010 01/2005 | $1,399 $100.4 2,011 | $4,676 $27.7 | NVDA Nasdaq | KPMG LLP Semiconductors | Jen-Hsun Huang |
| 46 | 47 | National Semiconductor Corp. 2900 Semiconductor Drive, Santa Clara 95052 (408) 721-5000 www.national.com | $1,983 05/2005 | $2,280 $282.8 9,700 | $7,037 $20.4 | NSM NYSE | KPMG LLP Semiconductors | Brian Halla |
| 47 | 42 | Symantec Corp. 20330 Stevens Creek Blvd., Cupertino 95014 (408) 517-8000 www.symantec.com | $1,870 03/2004 | $4,456 $370.6 5,300 | $15,787 $22.4 | SYMC Nasdaq | KPMG LLP Software | John Thompson |

This List includes publicly-traded companies headquartered in the following area codes: 415, 925, 510, 707, 650 and 408.
NL = Not listed. * Google went public in April 2004. Ranking based on most recent fiscal year revenue. Source: Hoovers.      Researched by Lauren Beller

# Largest IPOs in the Greater Bay Area
(Ranked by amount raised)

| Rank | Company / Address / Phone / Web site | Amount raised (millions) | Shares offered (millions) / Offer price / Date | 1st day: Open / Close | Close on 2/17/05 / Change* | Underwriter(s) | Industry | CEO / Symbol |
|---|---|---|---|---|---|---|---|---|
| 1 | Google Inc. / 1600 Amphitheatre Parkway, Mountain View 94043 / (650) 623-4000 / www.google.com | $1,202 | 14.1 / $85.00 / 08/19/04 | $100.01 / $100.34 | $197.90 / 132.2% | Morgan Stanley, CSFB, Goldman Sachs & Co., Citigroup, Lehman Bros., Allen & Co., J.P. Morgan, UBS, WR Hambrecht + Co., Thomas Weisel Partners | Advertising | Eric Schmidt / GOOG |
| 2 | Digital Realty Trust Inc. / 2730 Sand Hill Road, Ste. 280, Menlo Park 94025 / (650) 233-3600 / www.digitalrealtytrust.com | $240 | 20 / $12.00 / 10/29/04 | $12.00 / $12.00 | $14.00 / 16.6% | Citigroup, Merrill Lynch | Real estate | Michael Foust / DLR |
| 3 | Atheros Communications / 529 Almanor Ave., Sunnyvale 94085 / (408) 773-5200 / www.atheros.com | $126 | 9 / $14.00 / 02/12/04 | $18.75 / $17.60 | $13.25 / (5.5%) | Morgan Stanley, Lehman Bros., Banc of America Securities, Thomas Weisel Partners | Semiconductors | Craig Barratt / ATHR |
| 4 | Salesforce.com Inc. / One Market St., Ste. 300, San Francisco 94105 / (415) 901-7000 / www.salesforce.com | $110 | 10 / $11.00 / 06/23/04 | $15.00 / $17.20 | $14.10 / 28.8% | Morgan Stanley, Deutsche Bank Securities, UBS, Wachovia Securities Inc., William Blair & Co. | Business services | Marc Benioff / CRM |
| 5 | PortalPlayer Inc. / 3255 Scott Blvd., Bldg. 1, Santa Clara 95054 / (408) 521-7000 / www.portalplayer.com | $106.2 | 6.3 / $17.00 / 11/19/04 | $25.60 / $25.60 | $19.35 / 13.2% | Citigroup, CSFB, Needham Securities, SG Cowen | Semiconductors | Gary Johnson / PLAY |
| 6 | Corgentech Inc. / 650 Gateway Blvd., South San Francisco 94080 / (650) 624-9600 / www.corgentech.com | $96 | 6 / $16.00 / 02/12/04 | $18.00 / $21.40 | $6.35 / (60.1%) | CSFB, Lehman Bros., CIBC World Markets, Piper Jaffray | Biotechnology | John McLaughlin / CGTK |
| 7 | SIRF Technology Holdings Inc. / 148 E. Brokaw Road, San Jose 95112 / (408) 467-0410 / www.sirf.com | $84 | 7 / $12.00 / 04/22/04 | $14.45 / $15.30 | $11.03 / (8.0%) | Morgan Stanley, CSFB, Deutsche Bank Securities, Thomas Weisel Partners | Semiconductors | Michael Canning / SIRF |
| 7 | Leadis Technology Inc. / 474 Potrero Ave., Ste. A, Sunnyvale 94085 / (408) 387-8800 / www.leadis.com | $84 | 6 / $14.00 / 06/16/04 | $14.27 / $13.10 | $6.51 / (53.0%) | Goldman Sachs & Co., Merrill Lynch, Thomas Weisel Partners, Needham Securities | Semiconductors | Steve Ahn / LDIS |
| 9 | Theravance Inc. / 901 Gateway Blvd., South San Francisco 94080 / (650) 808-6000 / www.theravance.com | $83.2 | 5.2 / $16.00 / 10/05/04 | $19.00 / $17.85 | $18.25 / 14.6% | Merrill Lynch, Lehman Bros., CSFB, Thomas Weisel Partners | Biotechnology | Rick Winningham / THRX |
| 10 | Cytokinetics Inc. / 280 E. Grand Ave., South San Francisco 94080 / (650) 624-3000 / www.cytokinetics.com | $75.4 | 5.8 / $13.00 / 04/29/04 | $15.00 / $16.10 | $9.42 / (27.3%) | Goldman Sachs & Co., CSFB, Pacific Growth Equity, Lazard | Biotechnology | James Sabry / CYTK |
| 11 | Renovis Inc. / Two Corporate Drive, South San Francisco 94080 / (650) 266-1400 / www.renovis.com | $66 | 5.5 / $12.00 / 02/05/04 | $12.05 / $14.50 | $9.88 / (17.6%) | Goldman Sachs & Co., CIBC World Markets, SG Cowen, Piper Jaffray | Biotechnology | Corey Goodman / RNVS |
| 12 | Conor Medsystems Inc. / 1003 Hamilton Ct., Menlo Park 94025 / (650) 614-4100 / www.conormed.com | $65 | 5 / $13.00 / 12/14/04 | $13.10 / $13.26 | $16.15 / 24.3% | Citigroup, CIBC World Markets, SG Cowen, A.G. Edwards & Sons | Biotechnology | Frank Litvack / CONR |
| 13 | FoxHollow Technologies Inc. / 740 Bay Road, Redwood City 94063 / (650) 421-8400 / www.foxhollowtech.com | $63 | 4.5 / $14.00 / 10/28/04 | $16.25 / $20.45 | $30.29 / 116.5% | J.P. Morgan, Piper Jaffray, Thomas Weisel Partners, William Blair & Co. | Medical equipment | Robert Thomas / FOXH |
| 14 | Adeza Biomedical Corp. / 1240 Elko Drive, Sunnyvale 94089 / (408) 745-0975 / www.adeza.com | $60 | 3.8 / $16.00 / 12/10/04 | $17.00 / $19.70 | $16.19 / 1.8% | UBS, SG Cowen, Thomas Weisel Partners, William Blair & Co. | Biotechnology | Emory Anderson / ADZA |
| 14 | Corcept Therapeutics Inc. / 275 Middlefield Road, Ste. A, Menlo Park 94025 / (650) 327-3270 / www.corcept.com | $60 | 5 / $12.00 / 04/14/04 | $12.25 / $12.23 | $4.56 / (62.0%) | Thomas Weisel Partners, Piper Jaffray, Legg Mason Wood Walker Inc. | Biotechnology | Joseph Belanoff / CORT |
| 16 | Zip Realty Inc. / 2000 Powell St., Ste. 1555, Emeryville 94608 / (510) 735-2600 / www.ziprealty.com | $59.1 | 4.6 / $13.00 / 11/10/04 | $17.00 / $16.30 | $15.36 / 18.5% | UBS, Deutsche Bank Securities, Thomas Weisel Partners, Pacific Growth Equities | Real estate | Eric Danziger / ZIPR |
| 17 | VNUS Medical Technologies Inc. / 2200 Zanker Road, Ste. F, San Jose 95131 / (408) 473-1100 / www.vnus.com | $50 | 3.3 / $15.00 / 10/20/04 | $15.50 / $15.02 | $12.87 / (14.0%) | Banc of America Securities, Piper Jaffray, William Blair & Co. | Medical equipment | Brian Farley / VNUS |
| 18 | Tercica Inc. / 651 Gateway Blvd., Ste. 950, South San Francisco 94080 / (650) 624-4900 / www.tercica.com | $49.5 | 5.5 / $9.00 / 03/17/04 | $9.00 / $9.00 | $9.82 / 9.0% | Lehman Brothers, SG Cowen, Harris Nesbitt Gerard | Biotechnology | John Scarlett / TRCA |
| 19 | Dynavax Technologies Corp. / 717 Potter St., Ste. 100, Berkeley 94710 / (510) 848-5100 / www.dynavax.com | $45 | 6 / $7.50 / 02/19/04 | $8.55 / $9.40 | $6.47 / (13.3%) | Bear Stearns & Co., Deutsche Bank Securities, Piper Jaffray | Biotechnology | Dino Dina / DVAX |
| 20 | NetLogic Microsystems Inc. / 450 National Ave., Mountain View 94043 / (650) 961-6676 / www.netlogicmicro.com | $43.9 | 3.7 / $12.00 / 07/09/04 | $12.30 / $11.51 | $10.32 / (14.0%) | Merrill Lynch, Lehman Bros., UBS, A.G. Edwards & Sons | Semiconductors | Ronald Jankov / NETL |
| 21 | Cutera Inc. / 3240 Bayshore Blvd., Brisbane 94005 / (415) 657-5500 / www.cutera.com | $43.4 | 3.1 / $14.00 / 03/31/04 | $14.59 / $14.00 | $17.55 / 25.5% | Piper Jaffray, SG Cowen, RBC Capital Markets | Medical equipment | Kevin Connors / CUTR |
| 22 | Ultra Clean Holdings Inc. / 150 Independence Drive, Menlo Park 94025 / (650) 323-4100 / www.uct.com | $42 | 6 / $7.00 / 03/25/04 | $7.01 / $7.50 | $6.32 / (9.5%) | CSFB, J.P. Morgan, Banc of America Securities, Piper Jaffray | Semiconductors | Clarence Granger / UCTT |
| 23 | PlanetOut Inc. / 300 California St., San Francisco 94104 / (415) 834-6500 / www.planetoutinc.com | $41.9 | 4.7 / $9.00 / 10/14/04 | $9.32 / $10.40 | $8.78 / (2.4%) | SG Cowen, RBC Capital Markets, WR Hambrecht + Co. | Internet content | Lowell Selvin / LGBT |
| 24 | Volterra Semiconductor Corp. / 3839 Spinnaker Court, Fremont 94538 / (510) 743-1200 / www.volterra.com | $36 | 4.5 / $8.00 / 07/29/04 | $8.10 / $8.25 | $16.55 / 106.7% | Goldman Sachs & Co., Piper Jaffray, Thomas Weisel Partners | Semiconductors | Jeffrey Staszak / VLTR |
| 24 | Design Within Reach Inc. / 225 Bush St., 20th floor, San Francisco 94104 / (415) 676-6500 / www.dwr.com | $36 | 3 / $12.00 / 06/30/04 | $14.80 / $16.43 | $15.75 / 31.5% | CIBC World Markets, William Blair & Co., SG Cowen | Furniture | Wayne Badovinus / DWRI |

This List includes all 2004 initial public offerings for companies based in the following counties: Alameda, Contra Costa, Marin, Napa, Sonoma, San Francisco, San Mateo and Santa Clara.
* Percent change is based on offer price to current quote (2/17/05).
Ranking based on amount raised.

Researched by IPO Monitor / compiled by Thomas Pisarek