STEPHEN E. TAYLOR (SBN 58452)
JAN J. KLOHONATZ (SBN 111718)
STACEY L. WEXLER (SBN 184466)
TAYLOR & COMPANY LAW OFFICES, INC.
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile:  (415) 788-8208
E-mail:     staylor@tcolaw.com
E-mail:     jklohonatz@tcolaw.com
E-mail:     swexler@tcolaw.com

Attorneys for Plaintiffs
GOOGLE INC. and KAI-FU LEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC. and KAI-FU LEE,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>　　　　Defendant. | Case No.:  CV 05-03095 (RMW)<br><br>**[PROPOSED] ORDER GRANTING MOTION BY PLAINTIFFS GOOGLE INC. AND KAI-FU LEE FOR SUMMARY JUDGMENT**<br><br>Date:　October 14, 2005<br>Time:　9:00 a.m.<br>Place:　Courtroom 6<br><br>Honorable Ronald M. Whyte |

TAYLOR & CO.
LAW OFFICES, INC.

[PROPOSED] ORDER GRANTING MOTION BY PLAINTIFFS GOOGLE INC. AND KAI-FU LEE FOR SUMMARY JUDGMENT:  CASE NO. CV 05-03095 (RMW)

1   The motion by plaintiffs Google Inc. and Kai-Fu Lee for summary judgment in the above-captioned action ("Motion") came on regularly for hearing before the Honorable Ronald M. Whyte on October 14, 2005, in Courtroom 6 of the San Jose Division of the above-captioned Court.  All parties appeared and were represented at the hearing by and through their respective counsel of record.

Having considered all papers filed by the parties in favor of and in opposition to the Motion, the arguments of counsel appearing at the hearing on this matter, and all other matters deemed to be appropriate by the Court,

IT IS HEREBY ORDERED that the Motion by Plaintiffs Google Inc. and Kai-Fu Lee for Summary Judgment is GRANTED in its entirety.


DATED:  _____          _____
                                        HONORABLE RONALD M. WHYTE
                                        UNITED STATES DISTRICT JUDGE

TAYLOR & CO.
LAW OFFICES, INC.

[PROPOSED] ORDER GRANTING MOTION BY PLAINTIFFS GOOGLE INC. AND KAI-FU LEE FOR SUMMARY JUDGMENT:  CASE NO. CV 05-03095 (RMW)