# EXHIBIT 4

1
2
3
4
5
6
7                    IN THE SUPERIOR COURT OF WASHINGTON
                              FOR KING COUNTY
8
   MICROSOFT CORPORATION,              )
9  a Washington corporation,          )
                                       )   No. 05-2-23561-6 SEA
10                        Plaintiff,   )
                                       )
11             vs.                     )
                                       )   ORDER EXPEDITING TRIAL DATE AND
12 KAI-FU LEE and GOOGLE, INC., a      )   AMENDING CASE SCHEDULE
   Delaware corporation,              )
13                                     )
                         Defendants.   )   *CLERK'S ACTION REQUIRED
14 ─────────────────────────────────  )

15        THIS MATTER having come before the court upon Plaintiff's Motion for a Temporary

16 Restraining Order and the court having granted the motion in part, the court now finds that

17 expediting the trial date in this matter would serve the interests of justice, and having no

18 objection from counsel, now, therefore,

19        IT IS HEREBY ORDERED that the trial date in this matter is expedited to January 9,

20 2006.  The case schedule is amended as follows:

21

22

23

| EVENT | DEADLINE |
|---|---|
| Disclosure of Possible Primary Witnesses | 09/12/05 |
| Filing Jury Demand | 10/03/05 |
| Disclosure of Possible Additional Witnesses | 10/24/05 |
| Change of Trial Date | 10/31/05 |
| Discovery Cutoff | 11/21/05 |

ORDER EXPEDITING TRIAL DATE AND
AMENDING CASE SCHEDULE - 1

| Deadline for Alternative Dispute Resolution | 12/12/05 |
|---|---|
| Deadline to file Joint Confirmation of Trial Readiness | 12/19/05 |
| Exchange of Witness and Exhibit List | 12/19/05 |
| Advise Court on Settlement | 12/20/05 |
| Inspect Exhibits | 12/27/05 |
| Deadline for hearing Dispositive Pretrial Motions | 12/27/05 |
| Joint Statement of Evidence | 01/03/06 |
| Trial Brief | 01/03/06 |
| Motions in Limine | 01/03/06 |
| Jury Instructions | 01/03/06 |
| Trial | 01/09/06 |

DATED this _29th_ day of July, 2005.


JUDGE STEVEN GONZÁLEZ

ORDER EXPEDITING TRIAL DATE AND
AMENDING CASE SCHEDULE - 2