# EXHIBIT 7

 **Press Center**

Home

About Google

**Press Center**

**Media Resources**
**Press Releases**
Images and B-roll
Awards
Permissions

**Products & Technology**
Product Descriptions
Reviewer's Guides

**Related Product Info**
Google Labs
Software Principles

**Related Corporate Info**
History
Timeline
Executive Bios
Governance
Privacy Policy

**Investor Relations**

*Find on this site:*

[ Search ]

### Google to Open Research and Development Center in China

**Company Hires Dr. Kai-Fu Lee as Vice President, Engineering and President of Google China**

MOUNTAIN VIEW, Calif. – July 19, 2005 – Google Inc. (NASDAQ: GOOG), developer of the award-winning search engine, today announced that it will open a product research and development center in China, and has hired respected computer scientist and industry pioneer, Dr. Kai-Fu Lee, to lead the operation and serve as President of the company's growing Chinese operations.

The Google China R&D center will open in the third quarter of 2005. China, with its thriving economy and excellent universities, is home to many outstanding computer scientists and engineers. By establishing an R&D center in China, Google is making a strong commitment to attracting and developing Chinese talent, as well as partnering with local universities and institutes. The selection of Dr. Kai-Fu Lee to lead this important operation underscores Google's commitment to building a successful Chinese product research and development center and to expanding its international business operations.

"The opening of an R&D center in China will strengthen Google's efforts in delivering the best search experience to our users and partners worldwide," said Alan Eustace, vice president of Engineering at Google. "Under the leadership of Dr. Lee, with his proven track record of innovation and his passion for technology and research, the Google China R&D center will enable us to develop more innovative products and technologies for millions of users in China and around the world."

"It has always been my goal to make advanced technologies accessible and useful to every user, as well as to be part of the vibrant growth and innovation in China today," said Dr. Kai-Fu Lee. "Joining Google uniquely enables me to pursue both of my passions and I look forward to returning to China to begin this exciting endeavor."

Dr. Lee, who is widely known for his pioneering work in the areas of speech recognition and artificial intelligence, joins Google from Microsoft, where he most recently held the position of corporate vice president, after founding Microsoft Research China in the late 1990s. Prior to joining Microsoft, Dr. Lee was a vice president and general manager at Silicon Graphics Inc. (SGI), responsible for Internet and multimedia software. Lee also spent six years at Apple, serving as vice president of the company's interactive media group, and before that was an assistant professor at Carnegie Mellon University.

"Google has emerged as a very successful leader in technology. Dr. Kai-Fu Lee possesses the perfect combination of technical brilliance, leadership excellence, and business savvy, and he cares deeply about the students and education in China," said Gu Binglin, President of Tsinghua University. "Dr. Lee is the ideal candidate to do great things for Google and for China."

The Google China R&D center is the latest addition to Google's growing number of global engineering offices, which include Tokyo, Japan, Zurich, Switzerland, Bangalore, India, New York, New York, Santa Monica, Calif., Kirkland, Wash. and Mountain View, Calif. As with all of its R&D centers, Google will continue to look for the best talent in China and across Asia to join the Google team.

**About Google Inc.**
Google's innovative search technologies connect millions of people around the world with information every day. Founded in 1998 by Stanford Ph.D. students Larry Page and

Sergey Brin, Google today is a top web property in all major global markets. Google's targeted advertising program provides businesses of all sizes with measurable results, while enhancing the overall web experience for users. Google is headquartered in Silicon Valley with offices throughout the Americas, Europe, and Asia. For more information, visit www.google.com.

###

*Google is a trademark of Google Inc. All other company and product names may be trademarks of the respective companies with which they are associated.*

**Media contacts:**

Debbie Frost
+1.650.623.4660
dfrost@google.com

David Krane
+1.650.623.4096
david@google.com



©2005 Google - Home - About Google - We're Hiring - Site Map