STEPHEN E. TAYLOR (SBN 58452)
STACEY L. WEXLER (SBN 184466)
JAN J. KLOHONATZ (SBN 111718)
TAYLOR & COMPANY LAW OFFICES, INC.
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile:  (415) 788-8208
E-mail:   staylor@tcolaw.com
E-mail:   swexler@tcolaw.com
E-mail:   jklohonatz@tcolaw.com

Attorneys for Plaintiffs
GOOGLE INC. and KAI-FU LEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC. and KAI-FU LEE,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>　　　　Defendant. | Case No.:  CV 05-03095 (RMW)<br><br>**DECLARATION OF STACEY L. WEXLER IN SUPPORT OF PLAINTIFFS GOOGLE INC.'S AND KAI-FU LEE'S OPPOSITION TO MICROSOFT'S MOTION TO DISMISS, TRANSFER OR STAY**<br><br>Date:　　October 14, 2005<br>Time:　　9:00 a.m.<br>Place:　　Courtroom 6<br><br>Honorable Ronald M. Whyte |

TAYLOR & CO.
LAW OFFICES, INC.

DECLARATION OF STACEY L. WEXLER IN SUPPORT OF PLAINTIFFS GOOGLE INC.'S AND KAI-FU LEE'S OPPOSITION TO MICROSOFT'S MOTION TO DISMISS, TRANSFER OR STAY:  CASE NO. CV 05-03095 (RMW)

I, STACEY L. WEXLER, declare as follows:

1. I am an attorney with Taylor & Company Law Offices, Inc., counsel for plaintiffs Google Inc. ("Google") and Kai-Fu Lee ("Dr. Lee") in the above-captioned litigation. I have personal knowledge of the facts set forth in this declaration and, if called upon to do so, I could and would testify competently to all of the matters contained herein. This declaration is submitted in support of Plaintiffs Google Inc.'s and Kai-Fu Lee's Opposition to Microsoft's Motion to Dismiss, Transfer or Stay.

2. On or about July 19, 2005, Microsoft filed an action against Google and Dr. Lee in the Superior Court of the State of Washington, in and for King County ("the Washington Action"). On July 28, 2005, the Washington state court issued a Temporary Restraining Order against Google and Dr. Lee. The court then held hearings on September 6 and 7, 2005, and on September 13, 2005 issued a preliminary injunction in the Washington Action. A true and correct copy of the September 13, 2005 Preliminary Injunction order entered in the Washington Action is attached to this declaration as <u>Exhibit A</u>.

I declare under the penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed this 23rd day of September, 2005.

<u>/s/ Stacey L. Wexler</u>
STACEY L. WEXLER

1.

DECLARATION OF STACEY L. WEXLER IN SUPPORT OF PLAINTIFFS GOOGLE INC.'S AND KAI-FU LEE'S OPPOSITION TO MICROSOFT'S MOTION TO DISMISS, TRANSFER OR STAY: CASE NO. CV 05-03095 (RMW)

TAYLOR & CO.
LAW OFFICES, INC.