MICHAEL J. BETTINGER (State Bar No. 122196)
RACHEL R. DAVIDSON (State Bar No. 215517)
PRESTON GATES & ELLIS LLP
55 Second Street, Suite 1700
San Francisco, California 94105-3493
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

KARL J. QUACKENBUSH (*Admitted Pro Hac Vice*)
JEFFREY C. JOHNSON (*Admitted Pro Hac Vice*)
PRESTON GATES & ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104-1158
Telephone: (206) 623-7580
Facsimile: (206) 623-7022

Attorneys for Defendant
MICROSOFT CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE, INC. and KAI-FU LEE,<br><br>  Plaintiffs,<br><br>  v.<br><br>MICROSOFT CORPORATION,<br><br>  Defendant. | Case No. C 05-03095 RMW<br><br>**DECLARATION OF MICHAEL J. BETTINGER IN SUPPORT OF MICROSOFT'S OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: October 14, 2005<br>Time: 9:00 a.m.<br>Place: Courtroom 6<br>Hon. Ronald M. Whyte |

I, MICHAEL J. BETTINGER, declare as follows:

1. I am an attorney licensed to practice in the State of California and before this Court, and am a partner in the law firm of Preston Gates & Ellis, LLP, attorneys of record for defendant Microsoft Corporation in the above-entitled action. I have personal knowledge of the

DECLARATION OF MICHAEL J. BETTINGER IN SUPPORT OF MICROSOFT'S OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
(Case No.: C 05-03095 RMW)

1

PRINTED ON RECYCLED PAPER

facts stated herein and, if called as a witness, would testify as follows.

2. Attached hereto as Tab A is a true and correct copy of Microsoft's Motion for Temporary Restraining Order and Order to Show Cause dated July 25, 2005.

3. Attached hereto as Tab B is a true and correct copy of Defendants' Opposition to Plaintiff's Motion for Temporary Restraining Order dated July 26, 2005.

4. Attached hereto as Tab C is a true and correct copy of the Order Amending Stipulated Protective Order signed by King County Superior Court Judge Steven C. Gonzalez on August 29, 2005.

5. Attached hereto as Tab D is a true and correct copy of Defendant Kai-Fu Lee's Motion for Evidentiary Hearing and Permission to Take Oral Testimony dated August 19, 2005.

6. Attached hereto as Tab E is a true and correct copy of Google Inc.'s Joinder of Lee's Motion for Evidentiary Hearing dated August 22, 2005.

7. Attached hereto as Tab F is a true and correct copy of Defendant's Motion to Dissolve or Modify Temporary Restraining Order dated August 31, 2005.

8. Attached hereto as Tab G is a true and correct copy of Kai-Fu Lee's Opposition to Microsoft's Motion for Preliminary Injunction dated August 30, 2005.

9. Attached hereto as Tab H is a true and correct copy of the Preliminary Injunction Order signed by King County Superior Court Judge Steven C. Gonzalez on September 13, 2005.

10. Attached hereto as Tab I is a true and correct copy of the transcript of the Preliminary Injunction Hearing dated September 13, 2005.

11. Attached hereto as Tab J is a true and correct copy of an article from the Los Angeles Times, "Ex-Microsoft Exec Can Start at Google" dated September 14, 2005.

1  I declare under penalty of perjury that the foregoing is true and correct. Executed this
2  23rd day of September, 2005 at San Francisco, California.

                 /s/
               Michael J. Bettinger

DECLARATION OF MICHAEL J. BETTINGER IN SUPPORT OF MICROSOFT'S OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
(Case No.: C 05-03095 RMW)

3

PRINTED ON RECYCLED PAPER