

RECEIVED
AUG 3 1 2005
Preston Gates & Ellis LLP

The Honorable Steven Gonzalez
Hearing Date: Friday, September 9, 2005
Without Oral Argument

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR THE COUNTY OF KING

| Microsoft Corporation<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>Kai-Fu Lee and Google Inc.,<br>　　　　　　　　　　Defendants. | NO. 05-2-23561-6SEA<br>**NOTICE FOR HEARING**<br>**SEATTLE COURTHOUSE ONLY**<br>(Clerk's Action Required ) (NTHG) |
|---|---|

**TO:**   THE CLERK OF THE COURT and to all other parties listed on Page 2:
　　　**PLEASE TAKE NOTICE** that an issue of law in this case will be heard on the date below and the Clerk is directed to note this issue on the calendar checked below.

**Calendar Date:** September 9, 2005　　　　**Day of Week:** Friday

**Nature of Motion:** Defendant's Motion to Dissolve or Modify Temporary Restraining Order

**CASES ASSIGNED TO INDIVIDUAL JUDGES – Seattle**
If oral argument on the motion is allowed (LR 7(b)(2)), contact staff of assigned judge to schedule date and time before filing this notice. **Working Papers:** The *judge's name*, date and time of hearing *must* be noted in the upper right corner of the Judge's copy. *Deliver Judge's copies to Judges' Mailroom at C203.*

　**[ X ]** Without oral argument (Mon - Fri)　　　　[ ] With oral argument Hearing
　Date/Time: Friday September 9, 2005
　Judge's Name:　Steven Gonzalez　　　　　Trial Date:　January 9, 2006

**CHIEF CRIMINAL DEPARTMENT - Seattle in E1201**
[ ] Bond Forfeiture  3:15 pm, 2nd Thur of each month
[ ] Certificates of Rehabilitation- Weapon Possession (**Convictions from Limited Jurisdiction Courts**) 3:30 First Tues of each month

**CHIEF CIVIL DEPARTMENT – Seattle -- (Please report to E713 for assignment)**
*Deliver working copies to Judges' Mailroom, Room C203. In upper right corner of papers write "Chief Civil Department" or judge's name and date of hearing*
[ ]Extraordinary Writs (Show Cause Hearing) (LR 98.40)  1:30 p.m. Tues/Wed -report to Room E713

| [ ]Supplemental Proceedings<br>　(1:30 pm Tues/Wed)(LR 69)<br>[ ]DOL Stays 1:30 pm Tues/Wed<br>[ ]Motions to Consolidate with multiple judges assigned (without oral argument) (LR 40(a)(4)) | **Non-Assigned Cases:**<br>[ ] Non-Dispositive Motions M-F (without oral argument).<br>[ ] Dispositive Motions and Revisions (1:30 pm Tues/Wed)<br>[ ] Certificates of Rehabilitation (**Employment**) 1:30 pm Tues/Wed (LR 40(2)(B)) |
|---|---|

You may list an address that is not your residential address where you agree to accept legal documents.
Sign:_____ Print/Type Name: _Jofrey M. McWilliam_
WSBA # 28441_____ (if attorney)  Attorney for: Defendants___Kai-Fu Lee___
Address: _1000 Second Avenue, Suite 3800_____City, State, Zip _Seattle, WA 98104
Telephone: _206.622.2000_____ Date: _8/31/05___

**DO NOT USE THIS FORM FOR FAMILY LAW, EX PARTE OR RALJ MOTIONS.**

---

**NOTICE FOR HEARING - Seattle Courthouse Only**　　　　　　　　Page 1
ICSEA040502
www.metrokc.gov/kcscc/forms.htm

COPY

| LIST NAMES AND SERVICE ADDRESSES FOR ALL NECESSARY PARTIES REQUIRING NOTICE |
|---|

**Counsel for Google, Inc.:**
Michael W. Droke
Dorsey & Whitney LLP
1420 Fifth Avenue, Suite 3400
Seattle, WA 98101-4010

**Counsel for Microsoft Corporation:**
Jeffrey C. Johnson
Preston Gates & Ellis LLP
925 Fourth Avenue
Suite 2900
Seattle, WA 98104-1158

## IMPORTANT NOTICE REGARDING CASES

Party requesting hearing must file motion & affidavits separately along with this notice. List names, addresses and telephone numbers of all parties requiring notice (including GAL) on this page. Serve a copy of this notice, with motion documents, on all parties

The original must be filed at the Clerk's Office not less than **six** court days prior to requested hearing date, except for Summary Judgment Motions (to be filed with Clerk 28 days in advance).

THIS IS ONLY A PARTIAL SUMMARY OF THE LOCAL RULES AND ALL PARTIES ARE ADVISED TO CONSULT WITH AN ATTORNEY.

The SEATTLE COURTHOUSE is in Seattle, Washington at 516 Third Avenue. The Clerk's Office is on the sixth floor, room E609. The Judges' Mailroom is Room C203.

The Honorable Steven Gonzalez
Hearing Date: Friday, September 9, 2005
Without Oral Argument

SUPERIOR COURT OF WASHINGTON IN AND FOR KING COUNTY

MICROSOFT CORPORATION, a Washington corporation,

    Plaintiff,

v.

KAI-FU LEE and GOOGLE INC., a Delaware corporation,

    Defendants.

No. 05-2-23561-6SEA

DEFENDANTS' MOTION TO DISSOLVE OR MODIFY TEMPORARY RESTRAINING ORDER

## I. RELIEF REQUESTED

Defendants Kai-Fu Lee and Google Inc. respectfully request that the Court dissolve or modify the temporary restraining order entered by the Court on July 28, 2005 ("TRO").

The TRO should be dissolved or modified for the reasons set forth in Kai-Fu Lee's Opposition and in Google's separate Opposition to Microsoft's Request for Preliminary Injunction, and the materials submitted in support thereof. In addition, the TRO should be dissolved or modified based on the evidence, argument and authority that will be presented by the Defendants at the evidentiary hearing scheduled for September 6 and 7, 2005.

As Defendants have shown in their Opposition briefing and materials, and as Defendants will further show at the evidentiary hearing, both the TRO and Microsoft's

DEFENDANT'S MOTION TO DISSOLVE OR MODIFY
TEMPORARY RESTRAINING ORDER - 1

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE WASHINGTON 98104
(206) 622-2000

COPY

1  request for Preliminary Injunction are without basis in fact or law. As a consequence, the
2  TRO should be dissolved (and the request for preliminary injunction denied).
3     At a minimum, as set forth more fully in Google's Opposition to Microsoft's Motion
4  for Preliminary Injunction, Dr. Lee should be permitted to establish and staff a new product
5  development facility for Google in China pending trial of this matter. The TRO should be
6  dissolved or modified accordingly.
7     Defendants will present a form of order dissolving and/or modifying the TRO at or
8  following the evidentiary hearing already scheduled by the Court.
9     Respectfully submitted this 31st day of August, 2005.

DORSEY & WHITNEY LLP

By _____
   Michael W. Droke, WSBA #25972
Attorney for Defendant
Google, Inc.

w/ telephone
    authority

BYRNES & KELLER LLP

By _____
   Bradley S. Keller, WSBA #10665
   Jofrey M. McWilliam, WSBA #28441
Attorneys for Defendant
Kai-Fu Lee

DEFENDANT'S MOTION TO DISSOLVE OR MODIFY
TEMPORARY RESTRAINING ORDER - 2

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE WASHINGTON 98104
(206) 622-2000

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on the 31st day of August, 2005, a true copy of the foregoing pleading was served on each and every attorney of record herein via hand delivery:

Michael W. Droke
Dorsey & Whitney LLP
1420 Fifth Avenue, Suite 3400
Seattle, WA 98101-4010

Jeffrey C. Johnson
Preston Gates & Ellis LLP
925 Fourth Avenue
Suite 2900
Seattle, WA 98104-1158

_____

DEFENDANT'S MOTION TO DISSOLVE OR MODIFY
TEMPORARY RESTRAINING ORDER - 3

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000