<u>GOOGLE INC. AND KAI-FU LEE v. MICROSOFT CORPORATION</u>,
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA,
CIVIL ACTION NO. CV 05-03095 (RMW)

DECLARATION OF STACEY L. WEXLER
IN SUPPORT OF REPLY BY PLAINTIFFS
GOOGLE INC. AND KAI-FU LEE IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT

# **EXHIBIT A**

```
                                                                    1


  1       IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

  2                         COUNTY OF KING

  3    -------------------------------------------------------

  4       MICROSOFT,                )

  5                 PLAINTIFF,      )

  6                                 )   NO. 05-2-23561-6 SEA

  7       VS.                       )

  8       GOOGLE AND KAI-FU LEE,    )

  9                 DEFENDANTS.     )

 10    -------------------------------------------------------

 11             VERBATIM REPORT OF PROCEEDINGS

 12         PRELIMINARY INJUNCTION HEARING - DAY 1

 13    -------------------------------------------------------

 14              THE HONORABLE STEVEN GONZALEZ

 15                   SEATTLE, WASHINGTON

 16                    SEPTEMBER 6, 2005

 17       APPEARANCES:

 18       FOR PLAINTIFF:         KARL QUACKENBUSH

 19                              JEFF JOHNSON

 20                              THOMAS BURT

 21       FOR DEFENDANT GOOGLE:  JOHN KEKER

 22                              RAGESH TANGRI

 23       FOR DEFENDANT LEE:     BRADLEY KELLER

 24

 25       REPORTED BY:           APRIL LAINE
```

6

```
 1       JOIN IN THAT.  NONE WERE PRESENT, SO WE
 2       CONDUCTED IT WITHOUT THE INTERVENORS
 3       THERE.  NO MATTERS OF SUBSTANCE WERE
 4       DISCUSSED IN CHAMBERS.  SO FOR THE
 5       PUBLIC'S BENEFIT, WE HAVE NOT BEGUN TO
 6       DISCUSS THE MERITS OF ANY OF THE PARTIES'
 7       POSITIONS YET.
 8           THE PARTIES MAY KNOW I HAVE A
 9       BACKGROUND IN EAST ASIAN STUDIES AND AT
10       ONE POINT WAS FLUENT IN CHINESE.  I HAVE
11       REVIEWED A NUMBER OF THE EXHIBITS.  SOME
12       OF THE TRANSLATIONS ARE QUITE GOOD.  SOME
13       ARE NOT SO GOOD.  I HAVE REFERRED TO SOME
14       OF THE SOURCE DOCUMENTS IN MY READING,
15       MOSTLY OUT OF INTEREST, BUT ALSO BECAUSE
16       THEY DIFFER IN SOME SLIGHT WAYS FROM THE
17       ENGLISH TRANSLATIONS.
18           ANYTHING FURTHER FROM THE PARTIES
19       BEFORE WE BEGIN THE HEARING THIS MORNING?
20           MR. JOHNSON:  NONE FROM THE
21       PLAINTIFF, YOUR HONOR.
22           MR. KEKER:  NO, YOUR HONOR.
23           THE COURT:  VERY WELL.
24           MR. JOHNSON:  GOOD MORNING, YOUR HONOR.
25           YOUR HONOR, THIS CASE IS NOT A TRADE
```

```
 1          SECRET CASE.  IT'S NOT A MISAPPROPRIATION
 2          CASE.  THIS IS A NONCOMPETE CASE.
 3              THIS IS A CASE ABOUT WHETHER DR. LEE
 4          SHOULD BE REQUIRED TO LIVE UP TO HIS
 5          PROMISE, WHICH WAS THAT WHILE HE WAS AT
 6          MICROSOFT OR -- HIS PROMISE IS SIMPLY
 7          THIS, YOUR HONOR:  THAT HE WILL NOT WORK
 8          ON THE SAME THINGS HE WORKED ON AT
 9          MICROSOFT AT GOOGLE.  NOW, DID HE INTEND
10          TO LIVE UP TO THAT PROMISE?  THE ANSWER TO
11          THAT IS, QUITE CLEARLY, NO.
12              HERE'S HOW WE KNOW THIS, YOUR HONOR.
13          THIS IS THE VERY FIRST E-MAIL THAT DR. LEE
14          SENT TO GOOGLE.  HE SENT IT --
15              THE COURT:  FOR THE RECORD, IT'S WHAT
16          DOCUMENT?
17              MR. JOHNSON:  EXHIBIT 1.  I APOLOGIZE,
18          YOUR HONOR.  EXHIBIT 1 TO PLAINTIFF'S PI
19          MOTION.
20              THE COURT:  THANK YOU.
21              MR. JOHNSON:  YOUR HONOR, HE SENT
22          THIS E-MAIL TO ERIC SCHMIDT, THE CEO OF
23          GOOGLE, AND TO LARRY PAGE AND SERGEY BRIN,
24          THE CO-FOUNDERS OF GOOGLE.
25              HERE'S WHAT DR. LEE HAD TO SAY IN
```

210

```
 1      STATE OF WASHINGTON  )
 2                           )  SS.
 3      COUNTY OF KING       )
 4
 5           I, APRIL M. LAINE, ONE OF THE OFFICIAL
 6      COURT REPORTERS OF THE SUPERIOR COURT OF THE STATE
 7      OF WASHINGTON, IN AND FOR THE COUNTY OF KING, DO
 8      HEREBY CERTIFY THAT THE VERBATIM REPORT OF
 9      PROCEEDINGS IN THE FOREGOING CAUSE WAS ORDERED
10      VERBALLY BY DENNIS TESSIER AND SCOTT RIEWERTS ON
11      THE 6TH DAY OF AUGUST, 2005.
12
13           I FURTHER CERTIFY THAT I DELIVERED A COPY OF
14      SAID VERBATIM REPORT OF PROCEEDINGS TO MR. TESSIER
15      AND MR. RIEWERTS ON THE 12TH DAY OF SEPTEMBER,
16      2005, THE ORIGINAL BEING RETAINED BY ME.
17
18
19
20
21                         _____
22                         APRIL M. LAINE
23                         OFFICIAL COURT REPORTER
24
25
```