MICHAEL J. BETTINGER (State Bar No. 122196)
RACHEL R. DAVIDSON (State Bar No. 215517)
PRESTON GATES & ELLIS LLP
55 Second Street, Suite 1700
San Francisco, California  94105-3493
Telephone:  (415) 882-8200
Facsimile:   (415) 882-8220

KARL J. QUACKENBUSH (*Admitted Pro Hac Vice*)
JEFFREY C. JOHNSON (*Admitted Pro Hac Vice)*
PRESTON GATES & ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104-1158
Telephone:  (206) 623-7580
Facsimile:  (206) 623-7022

Attorneys for Defendant
MICROSOFT CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| GOOGLE, INC. and KAI-FU LEE,<br><br>                                   Plaintiffs,<br><br>     v.<br><br>MICROSOFT CORPORATION,<br><br>                                   Defendant. | Case No. C 05-03095 RMW<br><br>**SUPPLEMENTAL DECLARATION OF MICHAEL J. BETTINGER IN SUPPORT OF MICROSOFT'S MOTION TO DISMISS, TRANSFER OR STAY**<br><br>Date:  October 14, 2005<br>Time:  9:00 a.m.<br>Place:  Courtroom 6<br>Hon.    Ronald M. Whyte |

I, MICHAEL J. BETTINGER, declare as follows:

1. I am an attorney licensed to practice in the State of California and before this Court, and am a partner in the law firm of Preston Gates & Ellis, LLP, attorneys of record for defendant Microsoft Corporation in the above-entitled action.  I have personal knowledge of the

SUPPLEMENTAL DECLARATION OF
MICHAEL J. BETTINGER IN SUPPORT OF MICROSOFT'S
MOTION TO DISMISS, TRANSFER OR STAY
(Case No.: C 05-03095 RMW)

1

Printed on Recycled Paper

1 facts stated herein and, if called as a witness, would testify as follows.

2. Attached hereto as Exhibit 8 is a true and correct copy of an article published in the Los Angeles Times, "Ex-Microsoft Exec Can Start at Google," dated September 30, 2005.

3. Attached hereto as Exhibit 9 is a true and correct copy of an article published in the China Daily, "Ex-Microsoft Executive Can Recruit for Google," dated September 15, 2005.

4. Attached hereto as Exhibit 10 is a true and correct copy of the Preliminary Injunction Order signed by King County Superior Court Judge Steven González dated September 13, 2005.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of September, 2005 at San Francisco, California.

      /s/ Michael J. Bettinger
Michael J. Bettinger

SUPPLEMENTAL DECLARATION OF MICHAEL J. BETTINGER IN SUPPORT OF MICROSOFT'S MOTION TO DISMISS, TRANSFER OR STAY
(Case No.: C 05-03095 RMW)

2

Printed on Recycled Paper