# Los Angeles Times
# BUSINESS

Wednesday, September 14, 2005

latimes.com/busine

## U.S. Data Reveal Loan Rate Disparity

**Blacks and Hispanics are far more likely than whites to get high-cost mortgages, a study finds.**

By JONATHAN PETERSON
*Times Staff Writer*

WASHINGTON — African Americans and Hispanics are far more likely to receive high-cost home loans than whites — and although much of the disparity can be tied to economic factors, the reason cannot be fully explained by existing data, according to a government analysis released Tuesday.

The study by the Federal Reserve examined an estimated 80% of all home loans last year. It found that 32.7% of African American borrowers, and 20.3% of Hispanic borrowers, had high-priced loans.

By comparison, 8.7% of white customers and 5.9% of Asian Americans had these higher-cost mortgages, also known as sub-prime loans.

The report said that economic factors, such as the income level of the borrower, were one factor in the disparity. "More troubling," the study

## Home Prices Jump 17% in Southland

**The median cost in the six-county region hits $476,000 in August as sales volume picks up.**

By ANNETTE HADDAD
*Times Staff Writer*

Southern California's hot housing market reheated in August as prices rose at a faster pace for the second month in a row after slowing earlier this year, according to data released Tuesday.

The median home price in the six-county region rose 17% to $476,000 last month compared with the year-earlier period, after year-over-year increases of 16.7% in July and 15% in June, according to DataQuick Information Systems, a La Jolla-based real estate research firm. The volume of transactions also regained steam after tapering off in recent months.

The faster appreciation and higher sales volume suggested that the anticipated deceleration of the housing market might take longer to develop.

"We thought we were in for more of an appreciation-rate slowdown," said John Karevoll, DataQuick's chief analyst. "We'd been expecting the rate to get down close to 10%, so this is surprising."

Analysts still expect the market to lose traction because the region cannot sustain above-average price increases that topped 20% in both 2003 and 2004.

The question is whether the slowdown might simply result in a gradual leveling off of prices — or something more ominous.

Pessimistic analysts suggest that the region's housing market is in a bubble, and prices may eventually decline sharply as they did in the early 1990s.

But brisk demand, persist-ently low mortgage rates an creative financing have ket housing in high gear, analyst said. Also, home buyers might t accelerating purchases, possibl

[*See Homes, Page C(*]

### Still hot

Median price in August of new and resold homes overall and by county

| Area | Median price (thousands) | % change from year ago |
|---|---|---|
| San Bernardino | $344 | +31.8% |
| Los Angeles | 494 | +21.4 |
| Riverside | 388 | +16.2 |
| Ventura | 592 | +15.2 |
| Orange | 617 | +13.6 |
| San Diego | 493 | +2.1 |
| S. California | 476 | +17.0 |

*Source: DataQuick Information Systems*

Year-over-year monthly percentage gain in median hon price in Southern California

*Los Angeles Tim*

### KATRINA'S AFTERMATH

## Gallo, Farm Union in Pact

The labor group hopes the contract will help build its presence in the

# Ex-Microsoft Exec Can Start at Google

*From Associated Press*

In a case exposing behind-the-scenes animosity between two high-tech titans, a Washington state judge said Tuesday that a former Microsoft Corp. executive could begin working at Google Inc. in a limited capacity.

Kai-Fu Lee remains barred from doing work on products, services or projects he worked on at Microsoft, including computer search technology, pending a trial set for January. King County Superior Court Judge Steven Gonzalez said a noncompete agreement Lee signed with Microsoft was valid.

But Gonzalez said recruiting and staffing a Google center in China would not violate that agreement. Although Lee cannot set budget or compensation levels or define research, Gonzalez said, he can hire people.

"It allows me to do my job," Lee said. "I'm going to walk into Google and start work."

Tom Burt, Microsoft's deputy general counsel, said his company too was pleased because Gonzalez's order limited what tasks Lee could perform.

The trial in January is expected to more fully determine the rights that Lee and the companies have under the noncompete agreement. By that time, the restriction will be in effect for only another six months.

Lee, who oversaw development of Microsoft's MSN Internet search technology, left in July to lead Google's expansion into China.

Microsoft sued Lee and Google, contending that Lee's job at Google would violate the terms of a noncompete agreement that prohibits him from doing similar work for a rival for one year. Microsoft also accused Lee of using insider information to get his job at Mountain View, Calif.-based Google.

Google has responded with its own lawsuit against Microsoft in U.S. District Court in San Jose.

The case has illuminated the bitterness between the two companies. Testimony suggested that Microsoft executives responded with profanities when they learned of employees defecting to Google.



DAVID PAUL MORRIS *Getty Images*
**RIVALRY:** *Microsoft sued Kai-Fu Lee and Google, saying Lee's job at Google would violate the terms of a noncompete agreement.*