1  Michael J. Bettinger (State Bar No. 122196)
   Rachel R. Davidson (State Bar No. 215517)
2  PRESTON GATES & ELLIS LLP
   55 Second Street, Suite 1700
3  San Francisco, California 94105-3493
   Telephone: (415) 882-8200
4  Facsimile: (415) 882-8220

5  Karl J. Quackenbush, *(Admitted Pro Hac Vice)*
   Jeffrey C. Johnson *(Admitted Pro Hac Vice)*
6  PRESTON GATES & ELLIS LLP
   925 Fourth Avenue, Suite 2900
7  Seattle, Washington 98104
   Telephone: (206) 623-7580
8  Facsimile: (206) 623-7022

9  Attorneys for Defendant
   MICROSOFT CORPORATION

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| GOOGLE INC. and KAI-FU LEE, | No. C 05-03095 (HRL) |
|---|---|
| Plaintiffs, | STIPULATION TO DISMISS WITH PREJUDICE |
| v. | |
| MICROSOFT CORPORATION, | **CLERK'S ACTION REQUIRED** |
| Defendant. | |

## STIPULATION

COME NOW plaintiffs, Google Inc. and Kai-Fu Lee, and defendant, Microsoft Corporation, by and through their undersigned attorneys, and do hereby stipulate that any and all claims asserted herein by plaintiffs Google Inc. and Kai-Fu Lee against defendant

STIPULATION TO DISMISS WITH
PREJUDICE - 1

K:\00103\02940\JHH\JHH_P21KX

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1  Microsoft Corporation, and that any and all counter claims asserted herein by defendant
2  Microsoft Corporation against plaintiffs Google Inc. and Kai-Fu Lee, are hereby dismissed
3  with prejudice, each side to bear its own costs and attorneys fees.
4  DATED this 21st day of December, 2005.

PRESTON GATES & ELLIS LLP

By _____
   Michael J. Bettinger (State Bar No. 122196)
   Rachel R. Davidson (State Bar No. 215517)
   Karl J. Quackenbush, *(Admitted Pro Hac Vice)*
   Jeffrey C. Johnson, *(Admitted Pro Hac Vice)*
Attorneys for Defendant
Microsoft Corporation


TAYLOR & COMPANY LAW OFFICES, INC.

By _____
   Stephen E. Taylor (State Bar No. 58452)
   Stacey L. Wexler (State Bar No. 184466)
Attorneys for Plaintiffs
Google Inc. and Kai-Fu Lee

STIPULATION TO DISMISS WITH
PREJUDICE - 2

K:\00103\02840\JHH\JHH_P21KX

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022